

# United States District Court
# Eastern District of California

| United States of America | Case Number: 2:22-cr-0137-JAM |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Quinten Giovanni Moody | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brian F. Russo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Quinten Giovanni Moody

On 07/26/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of Arizona (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/26/2022              Signature of Applicant: /s/ Brian F Russo

**Pro Hac Vice Attorney**

Applicant's Name: Brian F. Russo
Law Firm Name: Law Office of Brian F Russo
Address: 10037 E Dynamite Blvd
Ste C101
City: Scottsdale   State: AZ   Zip: 85262
Phone Number w/Area Code: (602) 340-1133
City and State of Residence: Scottsdale, AZ
Primary E-mail Address: bfrusso@att.net
Secondary E-mail Address: lawoffice1212@hotmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anthony J Brass
Law Firm Name: Law Office of Anthony J Brass
Address: 3223 Webster Street

City: San Francisco   State: AZ   Zip: 85262
Phone Number w/Area Code: (415) 922-5462   Bar #: 173302

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 27, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE