1    PHILLIP A. TALBERT
      United States Attorney
2    JUSTIN L. LEE
      Assistant United States Attorney
3    501 I Street, Suite 10-100
      Sacramento, CA 95814
4    Telephone: (916) 554-2700

5    Attorneys for Plaintiff
      United States of America
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    CASE NO.  2:22-CR-00137-JAM

12                      Plaintiff,                STIPULATION REGARDING EXCLUDABLE
                                                  TIME PERIODS UNDER SPEEDY TRIAL
13             v.                                 ACT; ORDER

14   QUITEN GIOVANNI MOODY,                       DATE: August 30, 2022
      MYRA BOLECHE MINKS, AND                     TIME:  9:30 a.m.
15   JESSICA TANG,                                COURT: Hon. John A. Mendez

16                      Defendants.

17

18                              **STIPULATION**

19        1.    By previous order, this matter was set for status on August 30, 2022.

20        2.    By this stipulation, the defendants now move to continue the status

21   conference until October 19, 2022, and to exclude time between August 30, 2022, and

22   October 19, 2022, at 9:00 a.m., under Local Codes T2 and T4.

23        3.    The parties agree and stipulate, and request that the Court find the

24   following:

25             a)    The government has represented that the discovery associated with

26   this case includes approximately 3,500 pages of reports, video and audio recordings,

27   and photographs.  In addition, digital device extractions have been produced in

28   discovery and amount to approximately 10 TB of data.  All of this discovery has

been produced directly to counsel.

b) Counsel for the defendants desire additional time to review the discovery, counsel with their clients, conduct investigation and research related to the criminal charges, and otherwise prepare for trial.

c) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 30, 2022 to October 19, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1    4.      Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  August 26, 2022                    PHILLIP A. TALBERT
                                              United States Attorney

8

9                                            /s/ JUSTIN L. LEE
                                             _____
                                             JUSTIN L. LEE

10                                           Assistant United States Attorney

11

12  Dated:  August 26, 2022                   /s/ BRIAN F. RUSSO
                                             _____
                                             BRIAN F. RUSSO

13                                           Counsel for Defendant
                                             Quinten Moody

14

15  Dated:  August 26, 2022                   /s/ HANNAH LABAREE
                                             _____
                                             HANNAH LABAREE

16                                           Counsel for Defendant
                                             Myra Minks

17  Dated:  August 26, 2022                   /s/ THOMAS A. JOHNSON
                                             _____
                                             THOMAS A. JOHNSON

18                                           Counsel for Defendant
                                             Jessica Tang

19

20

21

22                                **ORDER**

23    IT IS SO FOUND AND ORDERED this 26th day of August, 2022.

24

25                                           /s/ John A. Mendez
                                             _____

26                                           THE HONORABLE JOHN A. MENDEZ

27                                           SENIOR UNITED STATES DISTRICT JUDGE

28