THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUITEN GIOVANNI MOODY,<br>MYRA BOLECHE MINKS, AND<br>JESSICA TANG,<br><br>Defendants | Case No.: 2:22-CR-00137-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date:   October 18, 2022<br>Time:   9:00 a.m.<br>Judge:  Hon. John A. Mendez |

## **STIPULATION**

1.  By previous order, this matter was set for status on October 18, 2022.

2.  By this stipulation, the defendants now move to continue the status conference until December 6, 2022, at 9:00 a.m., and to exclude time between October 18, 2022, and December 6, 2022, under Local Codes T2 and T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately 3,500 pages of reports, video and audio recordings, and photographs. In addition, digital device extractions have been produced in discovery and amount to approximately 10 TB of data. All of this discovery has been produced directly to counsel.

b) Counsel for the defendants desire additional time to review the discovery, counsel with their clients, conduct investigation and research related to the criminal charges, and otherwise prepare for trial.

c) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2022 to December 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  October 14, 2022                    PHILIP A. TALBERT
                                            United States Attorney

                                             /s/ JUSTIN L. LEE
                                            JUSTIN L. LEE
                                            Assistant U.S. Attorney

DATE:  October 14, 2022

/s/ HANNAH LABAREE
HANNAH LABAREE
Attorney for Myra Minks

DATE:  October 14, 2022

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jessica Tang

DATE:  October 14, 2022

/s/ Monica A. Quinlan
MONICA A. QUINLAN
Attorney for Jessica Tang

DATE:  October 14, 2022

/s/ BRIAN F. RUSSO
BRIAN F. RUSSO
Attorney for Quinten Moody

## **ORDER**

**IT IS SO FOUND AND ORDERED.**

DATE:  October 14, 2022          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE