THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>QUITEN GIOVANNI MOODY,<br>MYRA BOLECHE MINKS, AND<br>JESSICA TANG,<br><br>    Defendants | Case No.: 2:22-CR-00137-JAM<br><br>STIPULATION AND ORDER FOR TEMPORARY RETURN OF PASSPORT |

Defendant Jessica Tang requests that the Clerk of the District Court temporarily release her passport to her and her attorneys, Thomas A. Johnson and Monica A. Quinlan, between December 23, 2022 and January 7, 2023. The United States has agreed to this request and hereby stipulates to her passport being released on December 23, 2022, and returned by January 7, 2023.

**IT IS SO STIPULATED.**

DATED:  October 27, 2022                    PHILIP A. TALBERT
                                            United States Attorney

                                             /s/ JUSTIN L. LEE
                                            JUSTIN L. LEE
                                            Assistant U.S. Attorney

STIPULATION AND ORDER                          - 1 -

DATE: October 27, 2022

      /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jessica Tang

DATE: October 27, 2022

      /s/ Monica A. Quinlan
MONICA A. QUINLAN
Attorney for Jessica Tang

## **ORDER**

The Clerk of the Court is ordered to temporarily return Jessica Tang's passport to her and her attorneys, Thomas A. Johnson and Monica A. Quinlan, starting December 23, 2022. Ms. Tang may use the passport for the purpose of this specific trip only, and is ordered to return the passport to the Clerk by January 7, 2023.

Dated: October 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE