PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> QUITEN GIOVANNI MOODY, MYRA BOLECHE MINKS, AND JESSICA TANG, <br><br> Defendants. | CASE NO. 2:22-CR-00137-JAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: December 6, 2022 <br> TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on December 6, 2022.

2. By this stipulation, the defendants now move to continue the status conference until February 14, 2023, at 9:00 a.m., and to exclude time between December 6, 2022, and February 14, 2023, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 3,800 pages of reports, video and audio recordings, and photographs. In addition, digital device extractions have been produced in discovery and amount to approximately 10 TB of data. All of this discovery has

1 been produced directly to counsel.

2     b)    Counsel for the defendants desire additional time to review the
3 discovery, counsel with their clients, conduct investigation and research related to
4 the criminal charges, and otherwise prepare for trial.

5     c)    Counsel for the defendants believe that failure to grant the above-
6 requested continuance would deny them the reasonable time necessary for effective
7 preparation, taking into account the exercise of due diligence.

8     d)    The government does not object to the continuance.

9     e)    Based on the above-stated findings, the ends of justice served by
10 continuing the case as requested outweigh the interest of the public and the
11 defendant in a trial within the original date prescribed by the Speedy Trial Act.

12     f)    For the purpose of computing time under the Speedy Trial Act, 18
13 U.S.C. § 3161, et seq., within which trial must commence, the time period of
14 December 6, 2022 to February 14, 2023, inclusive, is deemed excludable pursuant to
15 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex
16 case and it results from a continuance granted by the Court at defendant's request
17 on the basis of the Court's finding that the ends of justice served by taking such
18 action outweigh the best interest of the public and the defendant in a speedy trial.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 28, 2022         PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ JUSTIN L. LEE
                                 JUSTIN L. LEE
                                 Assistant United States Attorney

Dated: November 28, 2022         /s/ BRIAN F. RUSSO
                                 BRIAN F. RUSSO
                                 Counsel for Defendant
                                 Quinten Moody

Dated: November 28, 2022         /s/ HANNAH LABAREE
                                 HANNAH LABAREE
                                 Counsel for Defendant
                                 Myra Minks

Dated: November 28, 2022         /s/ THOMAS A. JOHNSON
                                 THOMAS A. JOHNSON
                                 Counsel for Defendant
                                 Jessica Tang

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of November, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE