THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>QUITEN GIOVANNI MOODY,<br>MYRA BOLECHE MINKS, AND<br>JESSICA TANG,<br><br>　　　　Defendants | Case No.: 2:22-CR-00137-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date:　February 14, 2023<br>Time:　9:00 a.m.<br>Judge:　Hon. John A. Mendez |

## **STIPULATION**

1. By previous order, this matter was set for status on February 14, 2023.

2. By this stipulation, the defendants now move to continue the status conference until April 11, 2023, and to exclude time between February 14, 2023, and April 11, 2023, at 9:00 a.m., under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 3,500 pages of reports, video and audio recordings, and photographs. In addition, digital device extractions have been produced in discovery and amount to approximately 10 TB of data. All of this discovery has been produced directly to counsel.

STIPULATION AND ORDER　　　　　　　　　　　　- 1 -

b) Counsel for the defendants desire additional time to review the discovery, counsel with their clients, conduct investigation and research related to the criminal charges, and otherwise prepare for trial.

c) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 14, 2023 to April 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: February 6, 2023

PHILIP A. TALBERT
United States Attorney

 /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant U.S. Attorney

DATE: February 6, 2023

      /s/ GAIL SHIFMAN
GAIL SHIFMAN
Attorney for Myra Minks

DATE: February 6, 2023

      /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jessica Tang

DATE: February 6, 2023

      /s/ BRIAN F. RUSSO
BRIAN F. RUSSO
Attorney for Quinten Moody

## ORDER

**IT IS SO FOUND AND ORDERED.**

DATE: February 10, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE