# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| *Subject:* | USA v. Quinten Moody<br>2:22-CR-00137-JAM | *Date:* | **June 28, 2023** |
| *To:* | **Hon. John A. Mendez**<br>c/o Courtroom Deputy<br>M York | *From:* | **Justin L. Lee**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700** |

    This matter is currently set for Judgment and Sentencing on Tuesday, July 11, 2023. The parties jointly request that the Court reset this matter for Judgment and Sentencing on Tuesday, September 26, 2023, at 9:00 a.m. The assigned probation officer is available on that date.

    The draft presentence investigation report has not yet been filed. The probation officer and the parties would like additional time to investigate and gather information for draft presentence investigation report. Therefore, the parties request that the Court reset the PSR briefing schedule as follows:

| | |
|---|---|
| Draft PSR Due: | August 15, 2023 (at least six weeks before J&S) |
| Informal Objections Due: | August 29, 2023 (at least four weeks before J&S) |
| Final PSR Due: | September 5, 2023 (at least three weeks before J&S) |
| Formal Objections Due: | September 12, 2023 (two weeks before J&S) |
| Opposition to Objections: | September 19, 2023 (one week before J&S) |
| Judgment and Sentencing: | September 26, 2023 |