# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>QUINTEN GIOVANNI MOODY | )<br>)<br>)<br>) Case No: 2:22-cr-00137-JAM<br>) USM No: 14694-111 |
| Date of Original Judgment: 09/26/2023<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro Se<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

Amendment 821, made effective November 1, 2023, added § 4C1.1 to the United States Federal Sentencing Guidelines. Under § 4C1.1, defendants may receive an offense-level reduction if they meet all the criteria specified in § 4C1.1(a). This reduction was made retroactive pursuant to Amendment 825.

Defendant was assessed criminal history points at sentencing. Def.'s Mot. for Reduction of Sentence, ECF No. 139 at 3; Presentence Investigation Report. Therefore, he does not qualify for this reduction. See § 4C1.1(a)(1).

Defendant's motion at ECF No. 139 is **DENIED**.

Except as otherwise provided, all provisions of the judgment dated 10/02/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/11/2024

/s/ John A. Mendez
*Judge's signature*

Effective Date: _____
*(if different from order date)*

John A. Mendez, Senior United States District Judge
*Printed name and title*